## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

CASE NO 9:19-CV-80672-WJZ

ROBERT LODGE,
individually and on behalf of all others
similarly situated,

*Plaintiff*,

v.

CHECKERS DRIVE-IN RESTAURANTS,
INC.,

*Defendant*.

_____/

**CLASS ACTION**

**JURY TRIAL DEMANDED**

## NOTICE OF DISMISSAL WITH PREJUDICE

Plaintiff, Robert Lodge, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), does hereby dismiss this this action as follows:

1. All claims of the Plaintiff, Robert Lodge, individually, are hereby dismissed with prejudice.

2. All claims of any unnamed member of the alleged class are hereby dismissed without prejudice.

Date: June 18, 2019

Respectfully Submitted,

| **SHAMIS & GENTILE, P.A.** | **EDELSBERG LAW, P.A.** |
|---|---|
| /s/ Andrew J. Shamis  <br><br>Andrew J. Shamis, Esq. <br>Florida Bar No. 101754 <br>14 NE 1st Ave. <br>Suite 1205 <br><br>Miami, Florida 33132 <br>ashamis@shamisgentile.com <br>Telephone: 305.479.2299 <br><br>Counsel for Plaintiff and the Class | Scott A. Edelsberg, Esq. <br>Florida Bar No. 100537 <br>19495 Biscayne Blvd. <br># 607 <br>Aventura, FL 33180 <br>Scott@edelsberglaw.com <br>Telephone: 305-975-3320 <br><br>Counsel for Plaintiff and the Class |