```
                  UNITED STATES DISTRICT COURT
                  SOUTHERN DISTRICT OF FLORIDA

                  CASE NO. 19-80672-CIV-ZLOCH
```

ROBERT LODGE,
individually and on behalf of
all others similarly situated,

       Plaintiff,              **FINAL ORDER OF DISMISSAL**

vs.

CHECKERS DRIVE-IN RESTAURANTS,
INC.,

       Defendant.
_____/

      THIS MATTER is before the Court upon Plaintiffs' Notice Of Dismissal With Prejudice (DE 15). The Court has carefully reviewed said Notice, the entire court file and is otherwise fully advised in the premises.

      Accordingly, after due consideration, it is

      **ORDERED AND ADJUDGED** as follows:

      1. Plaintiffs' Notice Of Dismissal With Prejudice (DE 15) be and the same is hereby approved, adopted, and ratified by the Court;

      2. The above-styled cause be and the same is hereby **DISMISSED** with prejudice; and

      3. To the extent not otherwise disposed of herein, all pending motions are hereby **DENIED** as moot.

      **DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this ___24th___ day of June, 2019.

                                                 _____
                                                 WILLIAM J. ZLOCH
                                                 Sr. United States District Judge

Copies furnished:

All Counsel of Record